■ In the Matter of JACOB W. OSHER, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [26 NYS3d 913]—Order of interim suspension entered. Present—Smith, J.P., Carni, Nemoyer and Troutman, JJ. (Filed Mar. 1, 2016.)

■ In the Matter of LOUIS P. VIOLANTI, for Reinstatement to the Practice of Law in the State of New York. [26 NYS3d 913]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Carni, Nemoyer and Troutman, JJ. (Filed Mar. 1, 2016.)

■ In the Matter of ROBERT RICKERT, an Attorney, Resignor. [26 NYS3d 913]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Mar. 11, 2016.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY ARKIM, Also Known as ED MASON, Appellant. [26 NYS3d 924]—Writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN FULTON, JR., Also Known as SHAIK S., Also Known as SHAIKH S. ABDMUQTADIR, Appellant. [26 NYS3d 924]—Writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [26 NYS3d 925]—Writ of error coram nobis denied. Present—Whalen, P.J., Smith, Peradotto, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER M. DIAZ, Appellant. [26 NYS3d 925]—Writ of error coram mobis denied. Present—Smith, J.P., Peradotto, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES C. HYMES, Appellant. [26 NYS3d 925]—Writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER WESTER, Appellant. [26 NYS3d 925]—Writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Carni and DeJoseph, JJ.